IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-MC-3-D

MARK EASTHAM and )
PETER SPARK, )
  )
                Plaintiffs, )
  )
        v. )                    **ORDER**
  )
PORT CITY CONTRACTING )
SERVICES, INC., et al., )
  )
                Defendants. )

On June 27, 2024, the court denied Peter Spark's ("Spark") motion to withdraw reference [D.E. 5] and entered judgment [D.E. 6]. On June 28, 2024, Spark filed a motion for reconsideration [D.E. 7]. On July 3, 3024, the United States Bankruptcy Court for the Eastern District of North Carolina filed a recommendation for dismissal of appeal and deferral of motion for certification of direct appeal to this court [D.E. 8].

The court has reviewed the entire record. The court DENIES Sharpe's motion for reconsideration [D.E. 7] and DISMISSES the appeal for failure to comply with Rule 8009. The case remains closed.

SO ORDERED. This 26 day of September, 2024.

_Dever_
JAMES C. DEVER III
United States District Judge